IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00282-MR-WCM

| | |
|---|---|
| JAMIE DEAN BURLESON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| TYLER R. MCDONALD ) | |
| *individually and in his official* ) | ORDER |
| *capacity as a former deputy of the* ) | |
| *Buncombe County Sheriff's Office;* ) | |
| ANDREW DYLAN TAYLOR ) | |
| *individually and in his official* ) | |
| *capacity as a deputy of the* ) | |
| *Buncombe County Sheriff's Office;* ) | |
| QUENTIN E. MILLER ) | |
| *in his official capacity as the* ) | |
| *Sheriff on Buncombe County;* and ) | |
| WESTERN SURETY COMPANY ) | |
| *Corporate Surety for the Sheriff,* ) | |
| ) | |
| Defendants. ) | |

_____

This matter is before the Court on Defendants' Motion to Excuse Attendance of Individuals at Mediation (the "Motion," Doc. 26). Plaintiff and the parties' mediator consent and the Court finds the request to be reasonable in this particular case.

**IT IS THEREFORE ORDERED THAT** the Motion (Doc. 26) is **GRANTED**, and Quentin Miller, Tyler McDonald, and Andrew Taylor are **EXCUSED** from personally attending mediation.

Signed: October 9, 2024

W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:23-cv-00282-MR-WCM   Document 28   Filed 10/09/24   Page 2 of 2

**IT IS THEREFORE ORDERED THAT** the Motion (Doc. 26) is **GRANTED**, and Quentin Miller, Tyler McDonald, and Andrew Taylor are **EXCUSED** from personally attending mediation.

Signed: October 9, 2024

W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:23-cv-00282-MR-WCM   Document 28   Filed 10/09/24   Page 2 of 2